UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

SHEILA BIGLANG-AWA, an individual,

                                Plaintiff,

                      against

HERMES OF PARIS, INC.,

                               Defendant.
-----------------------------------------------------------x

Case No. 18-CV-01646
(Hon. Gregory H. Woods)

ECF Filing

**NOTICE OF APPEARANCE**

To the Clerk and all parties of record:

     **PLEASE TAKE NOTICE** that the undersigned, a member of this Court in good standing, hereby appears as counsel for Defendant Hermés of Paris, Inc. ("Hermés") and requests that a copy of all pleadings, notices, filings, correspondence, and other papers relating to this action be served upon the undersigned.

     Entry of this appearance of counsel does not waive, and specifically preserves, Defendant's right to assert any and all defenses in this matter, including but not limited to lack of personal jurisdiction, lack of service, and all other jurisdictional defenses.

Date:  March 22, 2018
          New York, New York

PROSKAUER ROSE LLP

*/s/ Daryl G. Leon*
Daryl G. Leon
Eleven Times Square
New York, New York 10036
Telephone: 212.969.3000
Facsimile: 212.969.2900
dleon@proskauer.com
*Attorneys for Defendant Hermés of Paris, Inc.*