UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | |
|---|---|
| SHEILA BIGLANG-AWA, an individual, | |
| Plaintiff, | Case No. 18-CV-01646<br>(Hon. Gregory H. Woods) |
| against | ECF Filing |
| HERMES OF PARIS, INC., | **RULE 7.1 DISCLOSURE STATEMENT** |
| Defendant. | |

-------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification and recusal, the undersigned counsel of record for Defendant Hermés of Paris, Inc. ("Hermés"), by its attorneys, Proskauer Rose LLP, states as follows: [1]

Defendant Hermés certifies that it is a wholly owned subsidiary of Hermés International SCA, which is a publicly traded entity on the French stock exchange.

Date:  March 22, 2018
       New York, New York

PROSKAUER ROSE LLP

*/s/ Daryl G. Leon*
Daryl G. Leon
Eleven Times Square
New York, New York 10036
Telephone: 212.969.3000
Facsimile: 212.969.2900
dleon@proskauer.com
*Attorneys for Defendant Hermés of Paris, Inc.*

---

[1] This filing is not intended as, and should not be construed as, a waiver of Defendant's right to assert any and all defenses in this matter, including but not limited to lack of personal jurisdiction, lack of service, and all other jurisdictional defenses.